

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | ROBYN N. PULLIO<br>*Assistant Corporation Counsel*<br>Special Federal Litigation Division<br>Tel.: (212) 788-1090<br>Fax: (212) 788-9776<br>Email: rpullio@law.nyc.gov |

March 30, 2009

**BY ECF**
Honorable Cheryl L. Pollak
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Christopher Michael v. The City of New York, et al.</u>, 08 CV 3796 (JBW)(CLP)

Dear Magistrate Judge Pollak:

    I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel for the City of New York. Assistant Corporation Counsel Meghan Cavalieri is the attorney assigned to the above-referenced case on behalf of defendant the City of New York. We recently learned today that Ms. Cavalieri will be out of the office tomorrow, March 31, 2009, for unanticipated medical reasons. Accordingly, I am writing on behalf of Ms. Cavalieri, with the consent of plaintiff's counsel, Jon L. Norinsberg, Esq., to respectfully request that the settlement and discovery conference in this matter, which is currently scheduled for tomorrow, March 31, 2009, at 10:00 a.m., be rescheduled to a later date deemed appropriate by this Court. This is the City's first request for an adjournment of the settlement and discovery conference in this action.

    Thank you for your consideration herein.

Respectfully submitted,

Request Granted. Thursday, April 9th
Conference Adjourned to at 12:00 p.m.

Robyn N. Pullio (RP 7777)
Assistant Corporation Counsel
Special Federal Litigation Division

*Cheryl Pollak*
SO ORDERED. U.S. Magistrate Judge

cc: **BY ECF**
Jon L. Norinsberg, Esq.
Law Office of Jon L. Norinsberg
Attorney for Plaintiff
225 Broadway, Suite 2700
New York, N.Y. 10007